■ DAVID MERRICK, Appellant, v ETAN MERRICK, Respondent. [636 NYS2d 1006] —Order, Supreme Court, New York County (David Saxe, J.), entered on or about May 25, 1995, unanimously affirmed for the reasons stated by Saxe, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Rubin and Nardelli, JJ. *[See, 165 Misc 2d 180.]*